# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 14-1155V
### Filed: October 5, 2015
Unpublished

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
AMY JUNKER,                          *
                                     *
              Petitioner,            *      Damages Decision Based on Proffer;
                                     *      TDaP; Shoulder Injury Related to
                                     *      Vaccine Administration ("SIRVA");
SECRETARY OF HEALTH                  *      Special Processing Unit ("SPU")
AND HUMAN SERVICES,                  *
                                     *
              Respondent.            *
                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

*Mark Theodore Sadaka, Englewood, N.J., for petitioner.*
*Jennifer Leigh Reynaud, U.S. Department of Justice, Washington, DC for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On November 26, 2014, Amy Junker filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] [the "Vaccine Act" or "Program"].  Petitioner alleges that she suffered a shoulder injury related to the administration of a Tetanus-Diphtheria-acellular Pertussis vaccine ("TDaP") on December 7, 2011.  Petition at 1.  The case was assigned to the Special Processing Unit of the Office of Special Masters.

On March 9, 2015, I issued a ruling on entitlement, finding petitioner entitled to compensation for her shoulder injury.  On October 2, 2015, respondent filed a proffer on award of compensation ["Proffer"] indicating petitioner should be awarded $70,000.00.  Proffer at 1.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Pursuant to the terms stated in the attached Proffer, **I award petitioner a lump sum payment of $70,000.00 in the form of a check payable to petitioner, Amy Junker.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party filing a notice renouncing the right to seek review.